# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANVIR SINGH MANN,<br><br>    Petitioner,<br><br>    v.<br><br>DHO ICE,<br><br>    Respondent. | Case No. 1:18-cv-00485-EPG-HC<br><br>ORDER MODIFYING BRIEFING SCHEDULE |

Petitioner is a federal immigration detainee proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 that challenges Petitioner's prolonged detention and requests the Court "to extradite me or to release me from detention on supervision as before until my travel document[s] bec[o]me available for my extradition." (ECF No. 1 at 8).[1]

On June 8, 2018, Respondent filed a response to the petition. (ECF No. 8). As the Department of Homeland Security has indicated that there is a likelihood of the issuance of a travel document based on prior experience in other Indian travel document cases, Respondent proposes filing a supplemental response within sixty days if no travel document has yet been received. (ECF No. 8 at 3–4).

On June 5, 2018, U.S. Magistrate Judge Jacqueline Scott Corley granted a motion for class certification of 8 U.S.C. § 1231(a)(6) detainees in the Ninth Circuit and enjoined the

---
[1] Page numbers refer to the ECF page numbers stamped at the top of the page.

1

government from detaining class members for more than 180 days without providing each a bond hearing before an immigration judge as required by Diouf v. Napolitano, 634 F.3d 1081 (9th Cir. 2011). Gonzalez v. Sessions, No. 3:18-cv-01869-JSC, 2018 WL 2688569 (N.D. Cal. June 5, 2018).

Accordingly, IT IS HEREBY ORDERED that:

1. On or before August 10, 2018, Respondent SHALL FILE a supplemental response with any new information relevant to the obtainment of the travel document and that also addresses the class action and injunction referenced above.
2. Petitioner may file a reply within THIRTY (30) days of the date of service of Respondent's supplemental response.

IT IS SO ORDERED.

Dated: **June 18, 2018**  /s/ Erin P. Grosjean
UNITED STATES MAGISTRATE JUDGE