# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANVIR SINGH MANN,<br><br>    Petitioner,<br><br>    v.<br><br>DHO ICE,<br><br>    Respondent. | Case No. 1:18-cv-00485-EPG-HC<br><br>ORDER REGARDING WITHDRAWAL OF CONSENT TO JURISDICTION OF UNITED STATES MAGISTRATE JUDGE |

Petitioner is a federal immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner previously consented to disposition of this case by a United States magistrate judge. It appears that he may wish to withdraw his consent.

On April 18, 2018, Petitioner, who was proceeding *pro se* at the time, already filed a form indicating his consent to the jurisdiction of a United States magistrate judge. (ECF No. 7). On July 6, 2018, counsel for Petitioner filed his notice of appearance. (ECF No. 12). On July 9, 2018, counsel for Petitioner filed a form indicating Petitioner's decline of jurisdiction of a United States magistrate judge and request for reassignment to a United States district judge. (ECF No. 14).

"There is no absolute right, in a civil case, to withdraw consent to trial and other proceedings before a magistrate judge." Dixon v. Ylst, 990 F.2d 478, 480 (9th Cir. 1993). Once a party has consented to magistrate judge jurisdiction in a civil case under 28 U.S.C. § 636(c), that

jurisdiction may be withdrawn only "for good cause shown on [the court's] own motion, or under *extraordinary circumstances* shown by any party." 28 U.S.C. § 636(c)(4) (emphasis added).

Here, Petitioner has not filed a motion to withdraw consent nor has he addressed the standards applicable to such a motion. See Dixon, 990 F.2d at 479–80 ("Dixon did not file a motion for leave to withdraw his consent, nor did he provide any reasons for the withdrawal."). It is unclear to the Court whether Petitioner intended to withdraw his consent to the jurisdiction of a United States Magistrate Judge through counsel's decline form. If Petitioner seeks leave to withdraw his consent, he shall, as Dixon requires, file a motion and demonstrate what extraordinary circumstances exist that justify the request. Dixon, 990 F.2d at 479–80.

Accordingly, IT IS HEREBY ORDERED that if Petitioner seeks to withdraw his consent to the jurisdiction of a United States magistrate judge, Petitioner shall file the appropriate motion within fourteen (14) days of the date of service of this order.

Until such time a motion to withdraw consent has been granted, the undersigned has jurisdiction to conduct all proceedings in this case pursuant to 28 U.S.C. § 636(c).

IT IS SO ORDERED.

Dated: **July 11, 2018**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

2