# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANVIR SINGH MANN,<br><br>            Petitioner,<br><br>    v.<br><br>DHO ICE,<br><br>            Respondent. | Case No. 1:18-cv-00485-EPG-HC<br><br>ORDER GRANTING RESPONDENT'S REQUEST TO FILE AN UPDATED PLEADING OR STATUS REPORT<br><br>(ECF No. 17) |

Petitioner Manvir Singh Mann is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 that challenges his immigration detention. On August 10, 2018, Respondent moved to dismiss the petition because Petitioner had been released on bond. (ECF No. 16). On August 17, 2018, Respondent withdrew the motion to dismiss because Immigration and Customs Enforcement obtained a travel document, Petitioner was redetained, and execution of the order of removal is expected to occur within three weeks. (ECF No. 17). Respondent requests to file an updated pleading or status report by September 10, 2018.

Accordingly, the Court HEREBY ORDERS that Respondent shall file an updated pleading or status report on or before September 10, 2018.

IT IS SO ORDERED.

Dated:   __**August 20, 2018**__          /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE