# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANVIR SINGH MANN,<br><br>    Petitioner,<br><br>v.<br><br>DHO ICE,<br><br>    Respondent. | Case No. 1:18-cv-00485-EPG-HC<br><br>ORDER GRANTING RESPONDENT'S REQUEST TO FILE FURTHER STATUS REPORT<br><br>(ECF No. 19) |

Petitioner Manvir Singh Mann is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 that challenges his immigration detention.

On August 10, 2018, Respondent moved to dismiss the petition because Petitioner had been released on bond. (ECF No. 16). On August 17, 2018, Respondent withdrew the motion to dismiss because Immigration and Customs Enforcement obtained a travel document, Petitioner was redetained, and execution of the order of removal was expected to occur within three weeks. (ECF No. 17).

On September 6, 2018, Respondent filed a status report, which indicates that U.S. Immigration and Customs Enforcement ("ICE") is in the process of arranging escorted travel to India to execute Petitioner's order of removal. (ECF No. 19). ICE anticipates that Petitioner will travel the first week of October. (ECF No. 19-1). Thus, Respondent requests to file a further status report by October 10, 2018.

1

Accordingly, the Court HEREBY ORDERS that Respondent shall file a further status report on or before October 10, 2018.

IT IS SO ORDERED.

Dated: **September 7, 2018**　　　　　/s/ *Eric P. Gros...*
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE