1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANVIR SINGH MANN,<br><br>        Petitioner,<br><br>    v.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>        Respondents. | Case No. 1:18-cv-00485-EPG-HC<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>(ECF No. 23) |

Petitioner, represented by counsel, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Therein Petitioner's challenged his prolonged detention and requested the Court "to extradite me or to release me from detention on supervision as before until my travel document[s] bec[o]me available for my extradition." (ECF No. 1 at 8).[1] Petitioner and Respondents have consented to the jurisdiction of the Magistrate Judge pursuant to 28 U.S.C. § 636(c). (ECF Nos. 7, 13).

On November 13, 2018, the parties filed a joint stipulation to dismiss this action as Petitioner was removed from the United States on November 8, 2018. (ECF No. 23). Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." Voluntary dismissal under Rule 41(a)(1) requires no action on the part of the Court.

---

[1] Page numbers refer to the ECF page numbers stamped at the top of the page.

1

1  In this case, the parties' joint stipulation of dismissal was effective upon filing and
2  without a court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For the sake of
3  clarity, in light of the joint stipulation of dismissal, IT IS HEREBY ORDERED that the Clerk of
4  the Court is DIRECTED to CLOSE the case.

IT IS SO ORDERED.

Dated:   **November 14, 2018**                    /s/ *Erica P. Grosje*
                                                           UNITED STATES MAGISTRATE JUDGE